TRACY L. WILKISON, United States Attorney
SCOTT M. GARRINGER, Chief, Criminal Division
KEITH D. ELLISON, AUSA (SBN # 307070)
Assistant United States Attorney, INMLR Section
312 N. Spring Street, 14th, Fl., L.A., CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:20-CR-00144-DOC |
| v. | |
| MARK FITTING, ET AL. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION AND [PROPOSED] ORDER FOR AN ORDER SEALING DOCUMENTS [FILED UNDER SEAL]; STIPULATION AND [PROPOSED] ORDER [FILED UNDER SEAL] (WITH SERVICE ON PARTIES).

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

February 24, 2022
Date

KEITH D. ELLISON
Attorney Name

UNITED STATES OF AMERICA, PLAINTIFF
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*