UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: SA CR 20-00144-DOC-2  Date: September 29, 2023

Present: The Honorable: DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

Interpreter: n/a

| Karlen Dubon | Court Smart | Varun Behl and Keith D. Ellison |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| 2) GEORGE MACARTHUR POSEY, IV | X | | X | Katherine Corrigan, CJA | X | X | |

**PROCEEDINGS:** SENTENCING (continued)

Also present, USPO Eunice Habig.

Case is called.

Sentencing hearing is continued to October 24, 2023 at 1:30 PM.

**cc: USPPO**

: 03
**Initials of Deputy Clerk** kdu