Katherine Corrigan, CA. SBN 132226
CORRIGAN WELBOURN & STOKKE
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail: kate@cwsdefense.com

Attorneys for Defendant GEORGE MACARTHUR POSEY IV

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 8:20-cr-00144-DOC |
| Plaintiff, | |
| vs. | ORDER REGARDING RETURN PASSPORT TO DEFENDANT [294] |
| GEORGE MACARTHUR POSEY IV, | |
| Defendant | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:**

1. The Defendant's passport be returned to him by the United States Probation and Pretrial Services or by the agency that currently possesses the passport of Defendant GEORGE MACARTHUR POSEY IV.

DATED: November 7, 2023    _____
HONORABLE DAVID O. CARTER
DISTRICT COURT JUDGE