Katherine Corrigan, CA. SBN 132226
CORRIGAN WELBOURN & STOKKE
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail:  kate@cwsdefense.com

Attorneys for Defendant GEORGE MACARTHUR POSEY IV

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No.: 8:20-cr-00144-DOC |
| Plaintiff,           ) | |
| ) | UNOPPOSED APPLICATION FOR ORDER PERMITTING DEFENDANT TO LEAVE RRC AND SPEND THE HOLIDAYS WITH FAMILY; DECLARATION OF KATHERINE CORRIGAN |
| vs.           ) | |
| GEORGE MACARTHUR POSEY IV,           ) | |
| Defendant           ) | |

**DEFENDANT HEREBY APPLIES TO THE COURT FOR AN ORDER TO PERMIT DEFENDANT TO LEAVE RRC FOR THANKSGIVING AND CHRISTMAS HOLIDAYS:**

Katherine Corrigan, in her capacity as counsel of record for the above-named Defendant; hereby bases this application on the following:

1. The Defendant was sentenced by this Court to credit for time served, and as a condition of his supervised release to reside at an RRC (as directed by probation) for a period of 8 months, with the opportunity to seek a termination of the RRC commitment after a 4-month period.  Defendant is

scheduled for a progress review on March 11, 2014 at 7:30 a.m. to address this issue.

2. During the sentencing hearing, defense counsel inquired whether the Court would consider permitting Defendant to leave the RRC (due to his young family) for the Thanksgiving and Christmas holidays. The Court responded in the affirmative.

3. Defendant and his wife have 2 young children, and plan to have family congregate for the holidays locally. The holidays are an important time for their family. Grandparents and other members of their respective families will be with the Defendant and his family.

4. The Defendant is requesting to be excused from the RRC for the period of Wednesday, November 22, 2023 through Sunday, November 26, 2023, returning the RRC the morning of November 27, 2023.

5. The Defendant is requesting to be excused from the RRC for the period of Saturday, December 23, 2023 through December 26, 2023, returning to the RRC the morning of December 27, 2023.

6. The government has no objection to the request.

DATED: 11/13/2023         _____/s/_____
                          Katherine Corrigan,
                          Attorney for Defendant

# **DECLARATION OF KATHERINE CORRIGAN**

I, Katherine Corrigan, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and in the United States District Court for the Central District of California, and I am counsel for Defendant in this action.

2. The Defendant has been sentenced in this case to credit for time served, followed by 3 years supervised release. A condition of supervised release is that Defendant reside in an RRC (as directed by probation) for a period of 8 months. The court has also scheduled a progress review on March 11, 2024 at 7:30 a.m. At that time, the Court will determine whether Defendant's RRC commitment should be reduced to a period of 4 months.

3. The Defendant has reported to probation and will be entering the RRC prior to the holidays. I met with his on the 4th floor of the courthouse last week prior to his meeting with probation.

4. During the sentencing hearing, I asked the Court whether the Court would consider permitting Defendant to leave the RRC for the Thanksgiving and Christmas holidays so that he could spend that time with his 2 small children, wife, and extended family. The Court indicated that it would permit Defendant to do so.

5. I have communicated with AUSA Varun Behl and he has no objection to the Defendant's requested leaves from the RRC for the purpose of spending the holidays with his young children, his wife and family members.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

DATED: November 13, 2023

_____/s/_____
Katherine Corrigan

**CERTIFICATE OF SERVICE**

I, Katherine Corrigan, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Stokke, A Professional Law Corporation, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am an attorney and am a member of the bar of the State of California and am a member of the bar of the United States District Court for the Central District of California, and that on TODAY'S DATE, I caused to be emailed or faxed a true and correct copy of:

UNOPPOSED APPLICATION FOR ORDER TO RETURN PASSPORT TO DEFENDANT; DECLARATION OF KATHERINE CORRIGAN
**ADDRESSED TO**:

AUSA Varun Behl         via email Varun.Behl@usdoj.gov
United States Attorney's Office

USPO Tammy Van         via email: Tammy_Van@cacp.uscourts.gov
United States Probation and Pretrial Services
411 West 4th St.
Santa Ana, CA 92701

I certify under penalty of perjury that the foregoing is true and correct.

DATED: November 13, 2023          _/s/_____
                                   Katherine Corrigan