Katherine Corrigan, CA. SBN 132226
CORRIGAN WELBOURN & STOKKE
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail:  kate@cwsdefense.com

Attorneys for Defendant GEORGE MACARTHUR POSEY IV

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 8:20-cr-00144-DOC-2 |
| Plaintiff, | |
| vs. | |
| GEORGE MACARTHUR POSEY IV, | ORDER PERMITTING DEFENDANT TO LEAVE RRC TO BE WITH YOUNG FAMILY DURING HOLIDAYS [297] |
| Defendant | |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:**

1. The Defendant is excused from the RRC for the period of Wednesday, November 22, 2023 through Sunday, November 26, 2023, returning the RRC the morning of November 27, 2023, the Thanksgiving holiday period.

2. The Defendant is excused from the RRC for the period of Saturday, December 23, 2023 through December 26, 2023, returning to the RRC the morning of December 27, 2023, the Christmas holiday period..

DATED: 11/15/2023         _/s/ David O. Carter_____
                          HONORABLE DAVID O. CARTER
                          DISTRICT COURT JUDGE

**cc: USPPO**