Katherine Corrigan, CA. SBN 132226
CORRIGAN WELBOURN & STOKKE
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail:  kate@cwsdefense.com
Attorney for Defendant GEORGE MACARTHUR POSEY IV

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>GEORGE MACARTHUR POSEY IV,<br><br>  Defendant | Case No.: 8:20-cr-00144-DOC<br><br>EX PARTE APPLICATION SEEKING TERMINATION OF RESIDENTIAL REENTRY CENTER COMMITMENT; DECLARATION OF KATHERINE CORRIGAN IN SUPPORT THEREOF |

Katherine Corrigan, counsel for Defendant, GEORGE MACARTHUR POSEY IV, respectfully requests and hereby moves this honorable Court to terminate Defendant's supervised release condition to serve an 8-month term at a Residential Reentry Center in this matter.  This application is based on the Declaration of Katherine Corrigan.

Dated: March 8, 2024                         Respectfully Submitted,

                                             __/s/_____
                                             Katherine Corrigan
                                             Attorney for Defendant

# REQUEST FOR RELIEF

On October 24, 2023, the Defendant was sentenced to time served, followed by 3 years supervised release. The Court ordered that the Defendant, as a term and condition of supervised release, reside for a period of 8 months in a residential reentry center. (See Dkt. 295).

During the sentencing hearing the Court indicated that the Court would consider an application for early termination of the "RRC" commitment after 4 months. The Defendant entered the RRC facility on January 3, 2024 (See Exhibit A, attached hereto.) As of the hearing date, he will have been at the facility for approximately 3.5 months.

The Defendant is requesting that the RRC commitment be terminated in the interests of justice and due to unforeseen family circumstances. As indicated in the Declaration of Katherine Corrigan, attached hereto, the Defendant's mother-in-law has been a source of support to Defendant's wife and children while Defendant has been residing at the RRC. She recently underwent open heart surgery and is no longer able to assist Defendant's wife (who works more than 50 hours per week and will shortly be required to travel for work) with the care of their 2 young children (ages 4 and 1). Defendant's father-in-law has also suffered cardiac arrest and is unable to assist. Defendant's mother has recently undergone a second hip surgery. Defendant's father is not a tenable option for childcare. The Defendant and his wife do not have alternative sources of support.

The Defendant further reports that his business is doing well and he is thankful that the Court afforded him the opportunity to continue to work and grow his business.

The USPO Tammy Van advised by email that: "Probation does not oppose and will defer the decision to terminate his RRC to the Court. Mr. Posey began his RRC commitment on January 3, so he will have completed a little over 2 months by the progress review hearing." AUSA Varun Behl indicated that he would confer with probation, but did not anticipate an objection. (In the event that further clarification is provided, the pleading will be updated.)

Early termination of the RRC commitment is warranted based on the foregoing.

                                          Respectfully submitted,

                                          ____/s/_____
                                          Katherine Corrigan,
                                          Attorney for Defendant

## DECLARATION OF KATHERINE CORRIGAN

I, Katherine Corrigan, declare as follows:

1. I am an attorney of record duly licensed to practice in the Central District of California, the United States Court of Appeals for the Ninth Circuit, and all Courts in the State of California.

2. I am counsel for Defendant George MacArthur Posey IV ("**Defendant**") in this matter.

3. On or about October 24, 2023, the Defendant was sentenced by this Court to credit for time served, followed by 3-years supervised release, with the terms and conditions set forth in the Judgment and Commitment Order at docket entry 295.   One of the conditions of supervised release is that Defendant reside at an RRC for a period of 8 months.  During the sentencing hearing, the Court indicated that the Court would consider early termination of the RRC commitment after about a 4-month period.  The March 11, 2024 progress review was calendared.

4. The Defendant's start date for the RRC commitment was delayed due to issues outside of Defendant's control.  Exhibit A, a letter from the RRC, confirms that Defendant entered the RRC on January 3, 2024.

5. I have communicated with the Defendant and his wife.  They have brought to my attention that unexpected family circumstances have greatly impacted Defendant's wife's child care needs.  Both of their children are young (4 and 1). The Defendant's wife reports that she works more than 50 hours a week and will be required to engage in work travel.  Her mother has been assisting with childcare needs and providing support to the family by being in California to assist.  She has recently undergone open heart surgery, and a 1 week stay in ICU.  Her recovery is anticipated to last 12-16 weeks.  She is recuperating at home in Colorado.  In addition, Defendant's father-in-law has suffered from cardiac arrest, and his mother has recently undergone a second hip surgery.

     The Defendant's father is not a tenable option for assistance with the children and household. Defendant and his wife report that they do not have alternative sources of family support while Defendant is residing in the RRC.

6. The Defendant reports that he is working diligently to grow his business. Those efforts are producing results and success. The Defendant also reports that he uses his time at the RRC in meaningful ways. He reports that he assists other residents with resumes for jobs, and giving advice about interviews and other issues. He recognizes that he can help those who are far less educated and fortunate than him.

7. The USPO Tammy Van advised by email that: "Probation does not oppose and will defer the decision to terminate his RRC to the Court. Mr. Posey began his RRC commitment on January 3, so he will have completed a little over 2 months by the progress review hearing." AUSA Varun Behl indicated that he would confer with probation, but did not anticipate an objection. (In the event that further clarification is provided, the pleading will be updated.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2024

/s/Katherine Corrigan
Katherine Corrigan

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

I, Katherine Corrigan, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Stokke, A Professional Law Corporation, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am an attorney and am a member of the bar of the State of California and am a member of the bar of the United States District Court for the Central District of California, and that on TODAY'S DATE, I caused to be emailed or faxed a true and correct copy of:

EX PARTE APPLICATION SEEKING TERMINATION OF RESIDENTIAL REENTRY CENTER COMMITMENT; DECLARATION OF KATHERINE CORRIGAN IN SUPPORT THEREOF

**ADDRESSED TO**:

AUSA Varun Behl          Via email  Varun.Behl@usdoj.gov
United States Attorney's Office


Tammy Van, USPO         Via E-Mail Tammy_Van@cacp.uscourts.gov
United States Probation and Pretrial Services Office


I certify under penalty of perjury that the foregoing is true and correct.

DATED:  March 8, 2024           _/s/_____
                                Katherine Corrigan

EXHIBIT A



**WORKING ALTERNATIVES, INC.**

Garden Grove
Residential Re-Entry Center

March 4, 2024

To Whom It May Concern,

This letter is written on behalf of George Posey IV.

This is to verify that Posey, George arrived at Working Alternatives Inc., Garden Grove Residential Re-Entry Center on January 3, 2024. Posey arrived to the RRC employed full-time at Back Bay Packaging located at 885 Production Place, Newport Beach, CA 92663. Posey has only received one incident report during his stay at the RRC when he first arrived for late arrival. Posey has not received any incident reports since. It is assumed that Posey has been programming. Posey's projected release date is September 2, 2024.

Please don't hesitate to call if you have any further questions.

Sincerely,

Kyleigh Wain
Case Manager

11112 Barclay Dr. • Garden Grove, CA 92841 • TEL (714) 537-3605 • FAX (714) 537-9538 • Email: k.washington@workingalternatives.org